UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| MAURICE DELANE DAVIS, | ) | No. CV 09-5140 GAF (FFM) |
| Petitioner, | ) ) | ORDER ADOPTING FINDINGS, CONCLUSIONS AND |
| v. | ) ) | RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |
| FED. BUREAU OF PRISONS, et al., | ) ) | |
| Respondents. | ) ) | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. The Court concurs with and adopts the findings, conclusions and recommendations of the Magistrate Judge.

IT THEREFORE IS ORDERED that: (1) petitioner's claim that the Commission erred in failing to consider mitigating factors in ordering a 24-month term of imprisonment is dismissed with prejudice; (2) petitioner's claims that the Commission's decision denied petitioner his right to due process, violated the Ex Post Facto Clause, denied petitioner his right to equal protection, and violated the Eighth Amendment are

/ / /

/ / /

/ / /

/ / /

dismissed without prejudice; (3) the petition is dismissed without prejudice for failure to name a proper respondent; and (4) the petition is dismissed without leave to amend.

DATED: November 28, 2010

GARY A. FEESS
United States District Judge