UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| MAURICE DELANE DAVIS, | No. CV 09-5140-GAF (FFM) |
| Petitioner, | |
| v. | JUDGMENT |
| FED. BUREAU OF PRISONS, et al., | |
| Respondents. | |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is dismissed as follows: (1) petitioner's claim that the Commission erred in failing to consider mitigating factors in ordering a 24-month term of imprisonment is dismissed with prejudice; and (2) petitioner's claims that the Commission's decision denied petitioner his right to due process, violated the Ex Post Facto Clause, denied petitioner his right to equal protection, and violated the Eighth Amendment are dismissed without prejudice.

DATED: November 29, 2010

_____
GARY A. FEESS
United States District Judge